# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-797
_____

TYRONE WILKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

September 16, 2020


PER CURIAM.

AFFIRMED. *See Love v. State*, 286 So. 3d 177 (Fla. 2019).

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tyrone Wilkins, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.